Daniel Feinberg (SBN 135983)
Todd Jackson (SBN 202598)
LEWIS, FEINBERG, LEE, RENAKER &
JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
Email: tjackson@lewisfeinberg.com

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Peter Leckman (SBN 235721)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:(415) 421-7151
Facsimile:(415) 362-8064
Email:  jfinberg@altshulerberzon.com
Email:  ecervantez@altshulerberzon.com
Email: pleckman@altshulerberzon.com

Steven G. Zieff (SBN 084222)
M. Adrianne de Castro (SBN 238930)
RUDY, EXELROD & ZIEFF LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513
Email:szieff@retzlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIE WANG, individually and on behalf of all others similiarly situated, and the general public,<br><br>             Plaintiff,<br><br>  vs.<br><br>IBM CORPORATION, its predecessors, successors and/or assigns,<br><br>             Defendants. | Case No.  07-04914 JL<br><br>**CLASS ACTION**<br><br>**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE JAMES LARSON** |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 18 U.S.C. § 636(c), the undersigned party hereby consents to have United States Magistrate Judge James Larson conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:   October 30, 2007                             Respectfully submitted,

                                                  By:   */s/ Peter E. Leckman*

*Attorneys for Plaintiff*

Daniel Feinberg (SBN 135983)
Todd Jackson (SBN 202598)
LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
Email: tjackson@lewisfeinberg.com

James M. Finberg (SBN 114850)
Eve H. Cervantez  (SBN 164709)
Peter Leckman (SBN 235721)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:(415) 421-7151
Facsimile:(415) 362-8064
Email:  jfinberg@altshulerberzon.com
Email:  ecervantez@altshulerberzon.com
Email: pleckman@altshulerberzon.com

Steven G. Zieff (SBN 084222)
M. Adrianne de Castro (SBN 238930)
RUDY, EXELROD & ZIEFF LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513