1  Donna Mezias (State Bar No. 111902)
   dmezias@jonesday.com
2  Catherine Nasser (State Bar No. 246191)
   cnasser@jonesday.com
3  JONES DAY
   555 California Street
4  San Francisco, CA 94105
   Telephone:   (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   INTERNATIONAL BUSINESS MACHINES
7  CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGIE WANG, individually and on behalf of all others similarly situated, and the general public,**<br><br>**Plaintiff,**<br><br>v.<br><br>**IBM CORPORATION, its predecessors and/or assigns, and DOES 1 through 10, inclusive,**<br><br>**Defendants.** | Case No. C-07-4914 JL<br><br>**DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Pursuant to Civil L.R. 3-16, the undersigned counsel for Defendant International Business Machines Corporation certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 19, 2007                Respectfully submitted,

                                        JONES DAY

                                        By: /s/ Donna M. Mezias
                                            Donna M. Mezias
                                            Attorneys for Defendant
                                            INTERNATIONAL BUSINESS
                                            MACHINES CORPORATION

SFI-574130v1