Donna Mezias (State Bar No. 111902)
dmezias@jonesday.com
Catherine Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street
San Francisco, CA 94105
Telephone:   (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGIE WANG, individually and on behalf of all others similarly situated, and the general public,**<br><br>Plaintiff,<br><br>v.<br><br>**IBM CORPORATION, its predecessors and/or assigns, and DOES 1 through 10, inclusive,**<br><br>**Defendants.** | **Case No. C-07-4914 JL**<br><br>**DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant International Business Machines Corporation ("IBM") hereby makes the following Corporate Disclosure Statement:

IBM has no parent corporation, and there is no publicly held corporation that owns 10% or more of IBM's stock.

Dated: November 19, 2007

Respectfully submitted,

JONES DAY

By: /s/ Donna M. Mezias
    Donna M. Mezias
    Attorneys for Defendant
    INTERNATIONAL BUSINESS
    MACHINES CORPORATION

SFI-574131v1