```
1  Donna Mezias (State Bar No. 111902)
   dmezias@jonesday.com
2  Catherine Nasser (State Bar No. 246191)
   cnasser@jonesday.com
3  JONES DAY
   555 California Street
4  San Francisco, CA 94105
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   INTERNATIONAL BUSINESS MACHINES
7  CORPORATION
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGIE WANG, individually and on behalf of all others similarly situated, and the general public,** | **Case No. C-07-4914 JL** |
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| **IBM CORPORATION, its predecessors and/or assigns, and DOES 1 through 10, inclusive,** | |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby respectfully declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: December 3, 2007               Respectfully submitted,

                                       JONES DAY

                                       By: /s/ Catherine S. Nasser
                                           Catherine S. Nasser
                                           Attorneys for Defendant
                                           INTERNATIONAL BUSINESS
                                           MACHINES CORPORATION

SFI-574884v1