UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANGIE WANG, individually and
on behalf of all others similarly
situated, and the general public,
    Plaintiff(s),

Case No. C-07-4914 CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

IBM CORPORATION, its predecessors
and/or assigns, and DOES 1 through
10, inclusive, Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/3/07

*Christina P. Peters*
Christina Peters
IBM Corporation

Dated: 12/5/07

*Catherine S. Nasser*
Catherine S. Nasser
Jones Day
Attorneys for Defendant
IBM Corporation