James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Peter Leckman (235721)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Daniel Feinberg (SBN 135983)
Todd Jackson (SBN 202598)
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Steven G. Zieff (SBN 084222)
M. Adrianne de Castro (SBN 238930)
RUDY, EXELROD & ZIEFF LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513

*Attorneys for the Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIE WANG, individually and on behalf of all others similarly situated, and the general public, <br><br> Plaintiff, <br><br> v. <br><br> IBM CORPORATION, its predecessors, successors and/or assigns, <br><br> Defendants. | Case No.: C 07-04914 CW <br><br> <u>CLASS ACTION</u> <br><br> **ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR internet site www.adr.cand.uscourts.gov.(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Dec 5, 2007

_____
Angie Wang

Dated: December 5, 2007

_____
Eve Cervantez