1  Daniel Feinberg (SBN: 135983)
   Todd Jackson (SBN: 202598)
2  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA  94612
   Telephone:  (510) 839-6824
4  Facsimile:   (510) 839-7839
   Email: dfeinberg@lewisfeinberg.com
5  Email: tjackson@lewisfeinberg.com

6  James M. Finberg (SBN: 114850)         Steven G. Zieff (SBN: 84222)
   Eve H. Cervantez (SBN: 164709)         David A. Lowe (SBN: 178811)
7  Peter Leckman (SBN: 235721)            M. Adrianne De Castro (SBN: 238930)
   ALTSHULER BERZON LLP                   RUDY, EXELROD & ZIEFF, L.L.P.
8  177 Post Street, Suite 300             351 California Street, Suite 700
   San Francisco, CA  94108               San Francisco, CA  94104
9  Telephone:  (415) 421-7151             Telephone:  (415) 434-9800
   Facsimile:   (415) 362-8064            Facsimile:   (415) 434-0513
10 Email: jfinberg@altshulerberzon.com    Email: sgz@rezlaw.com
   Email: ecervantez@altshulerberzon.com  Email: dal@rezlaw.com
11 Email: pleckman@altshulerberzon.com    Email: adc@rezlaw.com

12  *Attorneys for Plaintiff*

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16

17  ANGIE WANG, individually and on behalf ) Case No. C-07-4914 CW
    of all others similarly situated, and the )
18  general public,                         )
                                            )
19         Plaintiff,                        )
                                            )  **NOTICE OF APPEARANCE OF**
20    vs.                                    )  **DAVID A. LOWE**
                                            )
21  IBM CORPORATION, its predecessors,       )
    successors and/or assigns, and does 1    )
22  through 10, inclusive,                   )
                                            )
23         Defendant.                        )
                                            )

David A. Lowe of Rudy, Exelrod & Zieff, LLP (and who is one of the attorneys representing Plaintiffs in the matter of *Angie Wang v. IBM Corporation*, Case No. C-07-4914 CW, United States District Court for the Northern District of California) hereby enters his appearance as counsel on behalf of Plaintiff and the proposed Classes in the above reference proceeding and requests that copies of all notices, pleadings, correspondence and other communications filed in this proceeding be provided to him.

DATED: December 10, 2007              Respectfully submitted,

RUDY, EXELROD & ZIEFF, LLP


By: ___/s/ David A. Lowe___
    DAVID A. LOWE
    Attorneys for Plaintiff

STEVEN G. ZIEFF (SBN: 84222)
DAVID A. LOWE (SBN: 178811)
M. ADRIANNE DE CASTRO (SBN: 238930)
RUDY, EXELROD & ZIEFF, L.L.P.
351 California Street, Suite 700
San Francisco, CA  94104
Telephone:  (415) 434-9800
Facsimile:   (415) 434-0513
Email:  sgz@rezlaw.com
Email:  dal@rezlaw.com
Email:  adc@rezlaw.com