1  Donna Mezias (State Bar No. 111902)
   dmezias@jonesday.com
2  Catherine Nasser (State Bar No. 246191)
   cnasser@jonesday.com
3  JONES DAY
   555 California Street
4  San Francisco, CA 94105
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   INTERNATIONAL BUSINESS MACHINES
7  CORPORATION

8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIE WANG, individually and on behalf of all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>IBM CORPORATION, its predecessors, successors and/or assigns, and DOES 1-10, inclusive,<br><br>Defendant. | **Case No. C-07-4914 CW**<br><br>**CERTIFICATE OF SERVICE**<br><br>**REGARDING CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE** |

---

CERTIFICATE OF SERVICE     1     Case No. C-07-03541

**PROOF OF SERVICE**

(CCP §§ 1013a, 2015.5)

**STATE OF CALIFORNIA** )
                       ) ss.
**COUNTY OF SAN FRANCISCO** )

    I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is: **555 California Street, 26th Floor, San Francisco, California 94104-1500.**

    On **December 11, 2007** I served the following:

    **CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE**

on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| James M. Finberg<br>Eve H. Cervantez<br>Peter Leckman<br>ALTSHULER BERZON LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 | Telephone: 415-421-7151<br>Facsimile: 415-3628064 |
| Daniel Feinberg<br>Todd Jackson<br>LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.<br>1330 Broadway, Suite 1800<br>Oakland, CA 94612 | Telephone: 510-839-6824<br>Facsimile: 510-839-7839 |
| Steven G. Zieff<br>David A. Lowe<br>M. Adrianne De Caster<br>RUDY, EXELROD & ZIEFF LLP<br>351 California Street, Suite 700<br>San Francisco, CA 94104 | Telephone: 415-434-9800<br>Facsimile: 415-434-0513 |

**[X]  BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[ ]  BY FEDERAL EXPRESS:** I placed such envelope for deposit in the Federal Express drop slot for service by Federal Express. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with Federal Express on that same day at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if service is more than one day after date of deposit for express service in affidavit.

1  [ ]   **BY PERSONAL SERVICE:** I caused such envelope to be hand delivered to the office of the addressee on the date specified above.

2  [ ]   **VIA FACSIMILE**: I caused such document(s) to be transmitted from facsimile number (415) 875-5700 to the facsimile machine(s) of the above-listed party(ies) on the date specified above. The transmission(s) was/were reported as complete and without error. The party(ies) has/have agreed in writing to service of the document(s) listed above by facsimile.

3

4

5  [ ]   **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

6

7  [X]   **FEDERAL** I declare that I am employed within the office of a member of the bar of this Court at whose direction the service was made.

Executed on **December 11, 2007** at San Francisco, California.

_____
Pamela Walter

SFI-570384v2

---

CERTIFICATE OF SERVICE     3     Case No. C-07-466320