UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANGIE WANG, individually and
on behalf of all others similarly
situated, and the general public,
            Plaintiff(s),

v.

IBM CORPORATION, its
predecessors and/or assigns, and
DOES 1 through 10, inclusive,
            Defendant(s).
_____/

CASE NO. C-07-4914 CW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
    ☐ Non-binding Arbitration (ADR L.R. 4)
    ☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ☒ Private ADR *(please identify process and provider)* Mediation (Private Mediator)

The parties agree to hold the ADR session by:
    ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ☒ other requested deadline March 26, 2008

Dated: December 5, 2007

Dated: December 5, 2007

/S/ James M. Finberg
Attorney for Plaintiff
ANGIE WANG

/S/ Catherine S. Nasser
Attorney for Defendant
IBM CORPORATION

American LegalNet, Inc.
www.USCourtForms.com

~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☒ other March 26, 2008

IT IS SO ORDERED.

Dated: 12/11/07

_____
UNITED STATES DISTRICT COURT JUDGE

American LegalNet, Inc.
www.USCourtForms.com

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: December 5, 2007

JONES DAY

By: /S/ Catherine S. Nasser
Attorneys for Defendant
INTERNATIONAL BUSINESS
MACHINES CORPORATION

SFI-575081v1