1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIE WANG, individually and on behalf of all others similarly situated, and the general public,<br><br>                          Plaintiff,<br><br>     v.<br><br>IBM CORPORATION, its predecessors, successors and/or assigns,<br><br>                          Defendants. | Case No.: C 07-04914 CW<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

---

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
CASE NO: 07-04714 CW

**JOINT STIPULATION**

WHEREAS, the Court has scheduled an initial case management conference for Tuesday, January 8, 2008 at 2:00 p.m.;

WHEREAS, counsel have met and conferred regarding initial disclosures, the ADR process selection, and discovery plan;

WHEREAS, important threshold factual issues are unclear and the parties have agreed to proceed with informal discovery to clarify those issues;

WHEREAS, the clarification of those issues will determine the scope of the litigation and will likely determine what motions each side will file and the timing of those motions;

WHEREAS, the parties anticipate the clarification of these important threshold factual issues will take a number of months;

WHEREAS, counsel filed a Stipulation and [Proposed] Order on December 5, 2007, stating that they would conduct private mediation by March 26, 2008; and

WHEREAS, the parties are otherwise working diligently to move the case forward,

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES as follows:

1. The initial case management conference currently set for Tuesday, January 8, 2008 at 2:00 p.m. shall be continued to Tuesday, February 26, 2008 at 2:00 p.m.

Dated: December 12, 2007                    Respectfully submitted,

                                             */s/ James M. Finberg*           .

                                             James M. Finberg

                                             James M. Finberg (SBN 114850)
                                             Eve H. Cervantez (SBN 164709)
                                             Peter Leckman (235721)
                                             ALTSHULER BERZON LLP
                                             177 Post Street, Suite 300
                                             San Francisco, CA  94108
                                             Telephone:(415) 421-7151
                                             Facsimile:(415) 362-8064

1
2  Daniel Feinberg (SBN 135983)
   Todd Jackson (SBN 202598)
3  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
4  Oakland, CA  94612
   Telephone: (510) 839-6824
5  Facsimile: (510) 839-7839

6
   Steven G. Zieff (SBN 084222)
7  M. Adrianne de Castro (SBN 238930)
   RUDY, EXELROD & ZIEFF LLP
8  351 California Street, Suite 700
   San Francisco, CA 94104
9  Telephone: (415) 434-9800
   Facsimile: (415) 434-0513

10
11 *Attorneys for the Plaintiffs*

12
13   /s/ Catherine Nasser           .
     Catherine Nasser
14
   Donna Mezias (SBN 11902)
15 Catherine Nasser (SBN 246191)
   JONES DAY
16 555 California Street
   San Francisco, CA 94105
17 Telephone: (415) 626-3939
   Facsimile: (415) 875-5700

18
19 *Attorneys for the Defendants*

20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, and good cause appearing, the initial case management conference currently set for Tuesday, January 8, 2008 at 2:00 p.m. shall be continued to Tuesday, February 26, 2008 at 2:00 p.m.

IT IS SO ORDERED.

Dated:_____     _____
                              The Hon. Claudia Wilken
                              United States District Court Judge