ORIGINAL

1   Donna Mezias (State Bar No. 111902)
    dmezias@jonesday.com
2   Catherine Nasser (State Bar No. 246191)
    cnasser@jonesday.com
3   JONES DAY
    555 California Street
4   San Francisco, CA 94105
    Telephone:    (415) 626-3939
5   Facsimile:    (415) 875-5700

6   Attorneys for Defendant
    INTERNATIONAL BUSINESS MACHINES
7   CORPORATION



8
9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  | | |
    |---|---|
    | **ANGIE WANG, individually and on behalf of all others similarly situated, and the general public,** | **Case No. C-07-04914 CW** |
    | **Plaintiff,** | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
    | **v.** | |
    | **IBM CORPORATION, its predecessors and/or assigns, and DOES 1 through 10, inclusive,** | |
    | **Defendants.** | |

19      Pursuant to Civil L.R. 11-3, Matthew W. Lampe, an active member in good standing of

20  the bar of Ohio and the Ohio Supreme Court, hereby applies for admission to practice in the

21  Northern District of California on a *pro hac vice* basis representing International Business

22  Machines Corporation in the above-entitled action.

23      In support of this application, I certify on oath that:

24      1.      I am an active member in good standing of the highest court of Ohio;

25      2.      I agree to abide by the Standards of Professional Conduct set forth in Civil Local

26  Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar

27  with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

28

---

Application for Admission of Attorney Pro Hac     -1-                    Case No. C-07-04914 CW
Vice

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action.  The name, address and telephone number of that attorney is:

> Donna M. Mezias, State Bar No. 111902
> Jones Day
> 555 California Street, 26th Floor
> San Francisco, CA  94104
> Telephone:  415-626-3939

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 12th, 2007

_Mathew W. Lampe_
Mathew W. Lampe

SFI-575434v1

**PROOF OF SERVICE**

(CCP §§ 1013a, 2015.5)

STATE OF CALIFORNIA          )

                             )     ss.

COUNTY OF SAN FRANCISCO  )

    I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is: **555 California Street, 26ᵗʰ Floor, San Francisco, California  94104-1500.**

    On **December 13, 2007** I served the following:

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| James M. Finberg<br>Eve H. Cervantez<br>Peter Leckman<br>ALTSHULER BERZON LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 | Telephone: 415-421-7151<br>Facsimile: 415-3628064 |
| Daniel Feinberg<br>Todd Jackson<br>LEWIS, FEINBERG, LEE, RENAKER &<br>JACKSON, P.C.<br>1330 Broadway, Suite 1800<br>Oakland, CA 94612 | Telephone: 510-839-6824<br>Facsimile: 510-839-7839 |
| Steven G. Zieff<br>David A. Lowe<br>M. Adrianne De Caster<br>RUDY, EXELROD & ZIEFF LLP<br>351 California Street, Suite 700<br>San Francisco, CA 94104 | Telephone: 415-434-9800<br>Facsimile: 415-434-0513 |

[X]   **BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

    As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY FEDERAL EXPRESS:** I placed such envelope for deposit in the Federal Express drop slot for service by Federal Express. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with Federal Express on that same day at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if service is more than one day after date of deposit for express service in affidavit.

[ ]   **BY PERSONAL SERVICE:** I caused such envelope to be hand delivered to the office of the addressee on the date specified above.

CERTIFICATE OF SERVICE       1       Case No. C-07-03541

1

[ ]    **VIA FACSIMILE**: I caused such document(s) to be transmitted from facsimile number

2    (415) 875-5700 to the facsimile machine(s) of the above-listed party(ies) on the date
specified above.  The transmission(s) was/were reported as complete and without error.

3    The party(ies) has/have agreed in writing to service of the document(s) listed above by
facsimile.

4    [ ]    **STATE** I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

5    [X]    **FEDERAL** I declare that I am employed within the office of a member of the bar of this Court at
whose direction the service was made.

6

Executed on **December 13, 2007** at San Francisco, California.

7

8                                                    _____

Pamela Walter
9

10    SFI-575682v1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE                    2                    Case No. C-07-466320