1  Donna Mezias (State Bar No. 111902)
   dmezias@jonesday.com
2  Catherine Nasser (State Bar No. 246191)
   cnasser@jonesday.com
3  JONES DAY
   555 California Street
4  San Francisco, CA 94105
   Telephone:     (415) 626-3939
5  Facsimile:     (415) 875-5700

6  Attorneys for Defendant
   INTERNATIONAL BUSINESS MACHINES
7  CORPORATION

8

                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| **ANGIE WANG, individually and on behalf of all others similarly situated, and the general public,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**IBM CORPORATION, its predecessors and/or assigns, and DOES 1 through 10, inclusive,**<br><br>**Defendants.** | **Case No. C-07-04914 CW**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)** |

12
13
14
15
16
17
18
19
20
21        Pursuant to Federal Rule of Civil Procedure 41(a), and by stipulation of counsel for all

22  parties who have appeared in the action, plaintiff Angie Wang hereby dismisses the above-

23  captioned action, with prejudice.  The parties shall bear their own attorneys' fees and costs.

24
25
26
27
28

STIPULATION OF VOLUNTARY                       -1-                        Case No. C-07-04914 CW
DISMISSAL WITH PREJUDICE

1          IT IS SO STIPULATED.

2

3

4    Dated: March 17, 2008                          Dated: March 17, 2008

5

6

7    By:_____/S/ Donna M. Mezias_____    By:____/S/ James M. Finberg_____
         Donna M. Mezias                              James M. Finberg
8        Catherine Nasser                             Eve H. Cervantez
         JONES DAY                                    Peter Leckman
9        555 California Street                        ALTSHULER BERZON LLP
         San Francisco, CA  94105                     177 Post Street, Suite 300
10       Telephone: 415-626-3939                      San Francisco, CA 94108
         Facsimile: 415-875-5700                      Telephone:  415-421-7151
11                                                    Facsimile: 415-362-8064

12       *Attorneys for Defendant*                    Daniel Feinberg
         *INTERNATIONAL BUSINESS*                     Todd Jackson
         *MACHINES CORPORATION*                       LEWIS, FEINBERG, LEE, RENAKER &
13                                                    JACKSON, P.C.
                                                      1330 Broadway, Ste. 1800
14                                                    Oakland, CA  94612
                                                      Telephone: 510-839-6824
15                                                    Facsimile: 510-839-7839

16                                                    Steven G. Zieff
                                                      M. Adrianne De Caster
17                                                    RUDY, EXELROD & ZIEFF LLP
                                                      351 California St., Suite 700
18                                                    San Francisco, CA  94104
                                                      Telephone: 415-434-9800
19                                                    Facsimile: 415-434-0513

20                                                    *Attorneys for Plaintiff*
                                                      *ANGIE WANG*
21

22

23
     SFI-579236v1
24

25

26

27

28

STIPULATION OF VOLUNTARY                - 2 -                    Case No. C-07-04914 CW
DISMISSAL WITH PREJUDICE