Donna Mezias (State Bar No. 111902)
dmezias@jonesday.com
Catherine Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street
San Francisco, CA 94105
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGIE WANG, individually and on behalf of all others similarly situated, and the general public,**<br><br>**Plaintiff,**<br><br>v.<br><br>**IBM CORPORATION, its predecessors and/or assigns, and DOES 1 through 10, inclusive,**<br><br>**Defendants.** | Case No. **C-07-04914 CW**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)** |

Pursuant to Federal Rule of Civil Procedure 41(a), and by stipulation of counsel for all parties who have appeared in the action, plaintiff Angie Wang hereby dismisses the above-captioned action, with prejudice.  The parties shall bear their own attorneys' fees and costs.

STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE
-1-
Case No. C-07-04914 CW

IT IS SO STIPULATED.

Dated: March 17, 2008

Dated: March 17, 2008

By: /S/ Donna M. Mezias
   Donna M. Mezias
   Catherine Nasser
   JONES DAY
   555 California Street
   San Francisco, CA 94105
   Telephone: 415-626-3939
   Facsimile: 415-875-5700

*Attorneys for Defendant*
*INTERNATIONAL BUSINESS*
*MACHINES CORPORATION*

By: /S/ James M. Finberg
   James M. Finberg
   Eve H. Cervantez
   Peter Leckman
   ALTSHULER BERZON LLP
   177 Post Street, Suite 300
   San Francisco, CA 94108
   Telephone: 415-421-7151
   Facsimile: 415-362-8064

Daniel Feinberg
Todd Jackson
LEWIS, FEINBERG, LEE, RENAKER &
JACKSON, P.C.
1330 Broadway, Ste. 1800
Oakland, CA 94612
Telephone: 510-839-6824
Facsimile: 510-839-7839

Steven G. Zieff
M. Adrianne De Caster
RUDY, EXELROD & ZIEFF LLP
351 California St., Suite 700
San Francisco, CA 94104
Telephone: 415-434-9800
Facsimile: 415-434-0513

*Attorneys for Plaintiff*
*ANGIE WANG*

SFI-579236v1

IT IS SO ORDERED
*[signature]*
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE

- 2 -

Case No. C-07-04914 CW