Donna Mezias (State Bar No. 111902)
dmezias@jonesday.com
Catherine Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street
San Francisco, CA 94105
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGIE WANG, individually and on behalf of all others similarly situated, and the general public,** | **Case No. C-07-04914 CW** |
| **Plaintiff,** | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)** |
| v. | |
| **IBM CORPORATION, its predecessors and/or assigns, and DOES 1 through 10, inclusive,** | |
| **Defendants.** | |

Pursuant to Federal Rule of Civil Procedure 41(a), and by stipulation of counsel for all parties who have appeared in the action, plaintiff Angie Wang hereby dismisses the above-captioned action, with prejudice. The parties shall bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: March 17, 2008

Dated: March 17, 2008

By: /S/ Donna M. Mezias
    Donna M. Mezias
    Catherine Nasser
    JONES DAY
    555 California Street
    San Francisco, CA 94105
    Telephone: 415-626-3939
    Facsimile: 415-875-5700

***Attorneys for Defendant***
***INTERNATIONAL BUSINESS***
***MACHINES CORPORATION***

By: /S/ James M. Finberg
    James M. Finberg
    Eve H. Cervantez
    Peter Leckman
    ALTSHULER BERZON LLP
    177 Post Street, Suite 300
    San Francisco, CA 94108
    Telephone: 415-421-7151
    Facsimile: 415-362-8064

Daniel Feinberg
Todd Jackson
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Ste. 1800
Oakland, CA 94612
Telephone: 510-839-6824
Facsimile: 510-839-7839

Steven G. Zieff
M. Adrianne De Caster
RUDY, EXELROD & ZIEFF LLP
351 California St., Suite 700
San Francisco, CA 94104
Telephone: 415-434-9800
Facsimile: 415-434-0513

***Attorneys for Plaintiff***
***ANGIE WANG***

SFI-579236v1

IT IS SO ORDERED
*[signature]*
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE

- 2 -

Case No. C-07-04914 CW